# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **PROPST PROPERTIES, LLC** § § **Plaintiff,** § § **v.** § § **RASOOL MOHAMMAD; SELECT SANDS AMERICA CORPORATION; WESTBROOK WILLOW, LLC; and ZIGURDS VITOLS,** § § § § § § § **Defendants.** § | **Case No. 4:18cv511-DPM** |

### DEFENDANTS WESTBROOK WILLOW, LLC and ZIGURDS VITOLS CONSENT TO AND JOINDER IN NOTICE OF REMOVAL

Come now the separate Defendants, Westbrook Willow, LLC and Zigurds Vitols, by and through their undersigned counsel, and with full reservation of any and all rights and defenses, hereby give notice that they consent to and join in the Notice of Removal filed by Defendants Rasool Mohammad and Select Sands America Corporation on August 8, 2018.

Respectfully submitted,

GILL RAGON OWEN, PA
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
(501) 376-3800
(501) 372-3359
potts@gill-law.com
duke@gill-law.com
whitehouse@gill-law.com

By:  /s/ Dylan H. Potts
      Dylan H. Potts, Ark. Bar No. 2001258
      Wm. David Duke, Ark Bar No. 79056
      Danielle M. Whitehouse, Ark. Bar No. 2009192

*Counsel for Defendants, Westbrook Willow, LLC and Zigurds Vitols*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, I electronically filed this Consent To and Joinder In Notice of Removal with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the attorneys of record, and also sent this Consent To and Joinder in Notice of Removal via first-class U.S. mail, postage prepaid, upon the following:

Michael N. Shannon
Joseph W. Price, II
Thomas H. Wyatt
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201

*Attorneys for Plaintiff*

John Keeling Baker
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax: (501) 688-8807
jbaker@mwlaw.com

*Attorneys for Defendants Rasool Mohammad and Select Sands America Corporation*

/s/ Dylan H. Potts
      Dylan H. Potts