# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PROPST PROPERTIES LLC               PLAINTIFF/COUNTER-
DEFENDANT

v.                No. 4:18-cv-511-DPM

RASOOL MOHAMMAD; SELECT SANDS
AMERICA CORPORATION; WESTBROOK
WILLOW LLC; and ZIGURDS VITOLS          DEFENDANTS

WESTBROOK WILLOW LLC           COUNTER-CLAIMANT

## ORDER

Some issues are bubbling in this recently removed business dispute.

*First*, Propst has filed a second amended complaint. № 26. If leave of Court was required, *compare* FED. R. CIV. P. 15(a), the Court grants it after the fact. The motions related to Propst's first amended complaint, № 17, 19 & 20, are denied without prejudice as moot.

*Second*, the unopposed motions for more time to respond to Propst's second amended complaint, № 27 & 29, are granted. Answers or Rule 12(b) motions due by 26 October 2018.

*Third*, though the confidential-information issue seems to have dropped out of Propst's latest pleading, the Court requests that the parties revisit the Protective Order previously agreed upon, № 9. Please propose a revised Order by 19 October 2018. The new draft should contain provisions

about the redaction-first obligation, the sealing burden, a revised provision about disputes, and a sunset provision. See, for example, this Court's Orders № *36 & 37* in case No. 4:17-cv-379-DPM.

*Fourth*, an Initial Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2018