# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PROPST PROPERTIES LLC          PLAINTIFF/COUNTER-DEFENDANT

v.          No. 4:18-cv-511-DPM

RASOOL MOHAMMAD; SELECT SANDS
AMERICA CORPORATION; WESTBROOK
WILLOW LLC; ZIGURDS VITOLS;
and SELECT SANDS CORPORATION          DEFENDANTS

WESTBROOK WILLOW LLC          COUNTER-CLAIMANT

## JUDGMENT

Based on the parties' stipulation, all claims and counterclaims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 August 2019